IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DIANE L. MISENER**                                                        **PLAINTIFF**

**v.**                               **CASE NO. 4:18-CV-00321 BSM**

**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 12] is adopted without objection. The Commissioner's decision is reversed and remanded with instructions to develop the record as necessary.

IT IS SO ORDERED this 29th day of March 2019.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE