IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DIANE L. MISENER**                                                        **PLAINTIFF**

**v.**                        **CASE NO. 4:18-CV-00321 BSM**

**SOCIAL SECURITY ADMINISTRATION**                    **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered today, this case is reversed and remanded.

IT IS SO ORDERED this 29th day of March 2019.

                                                                       _____
                                                                     UNITED STATES DISTRICT JUDGE